IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**OLD ROXIE HUNTING CLUB, LLC & GAIL BEACH**          PLAINTIFF

V.                                        CIVIL CASE NO. 5:23-cv-28-DCB-LGI

**UNITED STATES DEPARTMENT OF AGRICULTURE-
FARMERS HOME ADMINISTRATION**                          DEFENDANT

## NOTICE OF REMOVAL

**To the United States District Court for the
Southern District of Mississippi**

　　1.  Defendant United States of America ("Federal Defendant"), acting by and through the undersigned attorney, hereby gives notice of its removal of the civil action brought against it, among others, on January 25, 2023, in the Chancery Court of Franklin County, Mississippi, styled *Old Roxie Hunting Club, LLC & Gail Beach vs. United States Department of Agriculture-Farmers Home Administration* and numbered 19CH1:23-cv-00008-DKH.  Under the provisions of 28 U.S.C. §§ 1442(a)(1) and 1446, Federal Defendant removes this action to the United States

District Court for the Southern District of Mississippi, Western Division, which is the Federal district court for the judicial district and division in which the state court action is pending.

2. The removed civil action purports to assert a claim against Federal Defendant regarding a quiet title for real property located in Franklin County, Mississippi, on which Federal Defendant holds or has one or financial interests and/or liens. Plaintiff purports to state a claim against the United States that a federal lien has been "extinguished" by an alleged "breach," or require the United States to provide a payoff amount.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(l) because it is filed within thirty (30) days after Federal Defendant received a copy of Plaintiff's state court complaint.

4. Federal Defendant attaches to this Notice of Removal as Attachment 1 copies of the following papers served on Federal Defendant on March 22, 2023, which are all of the process, pleadings, and orders received by Federal Defendant prior to its removal of this action; and as Attachment 2 the Civil Cover Sheet.

5. Federal Defendant does not waive but specifically reserves all

defenses available to it under Rules 12 and 19 of the Federal Rules of Civil Procedure.

6. Pursuant to 28 U.S.C. § 1446(d), Federal Defendant is filing this day a copy of this Notice of Removal via the Mississippi Electronic Courts filing system in the state court action.

        Respectfully submitted,

        DARREN J. LAMARCA
        *United States Attorney for the*
        *Southern District of Mississippi*

By:   */s/ Gregg Mayer*
        GREGG MAYER
        Mississippi Bar Number 102232
        Assistant United States Attorney
        501 E. Court Street, Suite 4.430
        Jackson, Mississippi 39201

Dated: April 21, 2023         (601) 965-4480

- 4 of 4 -

CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the Electronic Case Filing system (ECF).  I certify that a true copy of the foregoing has been mailed via United States Mail, postage prepaid, to:

Scott F. Slover
P.O. Box 846
Natchez, MS 39121

*Attorney for the Plaintiff*

Date: April 21, 2023                                        /s/ Gregg Mayer
                                                                                      GREGG MAYER
                                                                                      *Assistant United States Attorney*